**Robert THOMPSON, Plaintiff–Appellant,**

v.

**QUEEN CITY, INCORPORATED, a/k/a Queen City Railroad Construction, Incorporated, Defendant–Appellee,**

and

**Black & Veatch Construction, Incorporated, Third Party Defendant.**

No. 02–2105.

United States Court of Appeals, Fourth Circuit.

Submitted July 29, 2003.

Decided Aug. 12, 2003.

Lewis C. Lanier, The Lanier Law Firm, Orangeburg, South Carolina, for Appellant. Thomas S. Tisdale, Jr., Stephen L. Brown, Young, Clement, Rivers & Tisdale, L.L.P., Charleston, South Carolina, for Appellee.

Before WILKINSON, NIEMEYER, and WILLIAMS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Thompson appeals the district court's orders granting Defendant's motion for summary judgment and motion in limine and denying Thompson's motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Thompson v. Queen City, Inc.,* No. CA–00–2359–2–18 (D.S.C. filed July 9, 2002 & entered July 11, 2002; filed Aug. 22, 2002 & entered Aug. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*